# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**PAUL S. HUDSON**

       Appellant

vs.                       CASE NUMBER:   1:09-CV-1417 (FJS)
                                                            1:09-CV-1418 (FJS)

**GREGORY G. HARRIS,**

       Chapter 7 Trustee

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Bankruptcy Court's November 17, 2009 Memorandum-Decision & Order denying Mr. Paul Hudson discharge from Bankruptcy is AFFIRMED, therefore the Bankruptcy Appeal is DISMISSED.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 10th day of March, 2011.

DATED: March 10, 2011

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk